No. 439, Misc. HARRIS *v.* THOMAS, WARDEN. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se.* *John B. Breckinridge,* Attorney General of Kentucky, and *Martin Glazer,* Assistant Attorney General, for respondent.

No. 475, Misc. WALKER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 638, Misc. GARDINER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry Lincoln Johnson, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard Schmude* for the United States.

No. 648, Misc. ROBINSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 657, Misc. AGNEW *v.* CONTRACTORS SAFETY ASSOCIATION ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. Petitioner *pro se.* *Frank De Marco, Jr.* for respondents.

No. 661, Misc. RINDGO *v.* TOBRINER ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Chester H. Gray, Milton D. Korman, Hubert B. Pair* and *John R. Hess* for respondents.